UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RODNEY E. BRANTON,

                           Plaintiff,

      v.                                                   1:15-CV-00005
                                                               (DNH/TWD)

COLUMBIA COUNTY, NEW YORK; JAMES A.
CARLUCCI, Assistant D.A.; JONATHAN D. NICHOLAS,
County Judge; SUSAN KUSMINSKY, Court Assistant;
RICHARD A. MCNALLY, JR., Acting Judge; JASON C.
FINN, Police Officer; NEW YORK STATE POLICE;
ABDUL WEED, Investigator; SHANNON J. SULLIVAN,
Trooper; NEW YORK DEPT. OF CORRECTIONS AND
COMMUNITY SUPERVISION; ANTHONY J.
ANNUCCI, Acting Commissioner; JAMES B.
MCGOWAN, New York State Department of Law; NEW
YORK ATTORNEY GENERAL; and RICHARD M.
PLATKIN, Acting Judge,

                           Defendants.

---

APPEARANCES:

RODNEY E. BRANTON
14-A-4032
Plaintiff pro se
Coxsackie Correctional Facility
Box 999
Coxsackie, NY 12051

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Pro se plaintiff Rodney E. Branton brought this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate

Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed without leave to amend and that the motion to set aside judgment be denied as moot. Plaintiff timely filed objections to the Report-Recommendation, as well as filing a letter motion received May 6, 2015, requesting to withdraw his request for a preliminary injunction.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED without leave to amend;

2. The motion to set aside judgment is DENIED as moot;

3. Plaintiff's request to withdraw his request for a preliminary injunction is DENIED as moot; and

4. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

United States District Judge

Dated: May 26, 2015
      Utica, New York.